David L. Anderson (SBN 149604)
dlanderson@sidley.com
S. Patrick Kelly (SBN 275031)
patrick.kelly@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendant Keith Slipper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KEITH SLIPPER,<br><br>          Defendant. | Case No.: 4:12-CR-00447 PJH<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |

1  The Change of Plea Hearing in this matter is currently scheduled for December 8, 2016 at 9:30 a.m. before Judge Westmore.  Defense counsel has an unavoidable conflict at that time, and Plaintiff United States of America has agreed to a continuance of the hearing.  Therefore, the parties jointly and respectfully request that the Court continue the Change of Plea Hearing in this matter to January 11, 2017 at 9:30 a.m.  Counsel has contacted Judge Westmore's courtroom deputy, and she has indicated that this date is available.

Dated:  December 1, 2016         SIDLEY AUSTIN LLP

By:  /s/ David L. Anderson
     David L. Anderson
     S. Patrick Kelly

     Attorneys for Keith Slipper

Dated:  December 1, 2016         U.S. DEPARTMENT OF JUSTICE
                                 ANTITRUST DIVISION

By:  /s/ Michael A. Rabkin
     MICHAEL A. RABKIN
     Attorneys for Plaintiff UNITED STATES OF
     AMERICA

David L. Anderson (SBN 149604)
dlanderson@sidley.com
S. Patrick Kelly (SBN 275031)
patrick.kelly@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104-1715
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

Attorneys for Defendant Keith Slipper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 4:12-CR-00447 PJH |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER CONTINUING |
| | ) CHANGE OF PLEA HEARING |
| KEITH SLIPPER, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that, for good cause shown, the Change of Plea Hearing in the above-captioned matter is continued from December 8, 2016 at 9:30 a.m. to January 11, 2017 at 9:30 a.m.

Dated:  __12/5_____, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1